**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONTARA ESTATES HOMEOWNERS ASSOCIATION, *et al.*<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00472-APG-VCF<br><br>**ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |

This case involves a constitutional challenge to Nevada state statutes, specifically Chapter 116. Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

　　Hon. Adam Paul Laxalt
　　Office of the Attorney General
　　100 North Carson Street
　　Carson City, Nevada 89701

　　Hon. Adam Paul Laxalt
　　Office of the Attorney General
　　Grant Sawyer Building
　　555 E. Washington Avenue, Suite 3900
　　Las Vegas, Nevada 89101

DATED THIS 9th day of March, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE