# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>   Plaintiff <br><br> v. <br><br> MONTARA ESTATES HOMEOWNERS ASSOCIATION, <br><br>   Defendant | Case No.: 2:16-cv-00472-APG-NJK <br><br> **Order Denying Motion to Lift Stay as Moot** <br><br> [ECF No. 34] |

In light of Bank of America, N.A.'s response (ECF No. 35) informing the court that the parties in this case have reached a global settlement,

IT IS ORDERED that defendant Saticoy Bay LLC Series 4760 Woodridge motion to lift stay **(ECF No. 34) is DENIED as moot**.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss or a status report regarding settlement within 90 days of the date of this order.

DATED this 5th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE