ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br>vs.<br><br>MONTARA ESTATES HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SATICOY BAY SERIES 4760 WOODRIDGE,<br><br>Defendants. | Case No.: 2:16-cv-00472-APG-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| SATICOY BAY SERIES 4760 WOODRIDGE,<br><br>Counter-Claimant,<br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Counter/Cross-Claimant | |

45476256;1

1

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and Defendants Nevada Association Services, Inc. and Saticoy Bay LLC Series 4760 Woodridge agree to dismiss with prejudice this action pursuant to Rule 41(a)(1)(ii). Each party shall bear its own costs and fees.

| DATED this 15th of October, 2018. | DATED this 15th of October, 2018. |
|---|---|
| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
| /s/ *Scott R. Lachman* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | /s/ *Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Saticoy Bay LLC Series 4760 Woodridge* |
| DATED this 15th of October, 2018. <br><br> **NEVADA ASSOCIATION SERVICES, INC.** <br><br> /s/ *Brandon Wood* <br> BRANDON WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 West Desert Inn Road <br> Las Vegas, Nevada 89146 <br><br> *Attorneys for Nevada Association Services, Inc.* | |

**IT IS SO ORDERED.**

Dated: October 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

45476256;1