# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00472-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| MONTARA ESTATES HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

Plaintiff Bank of America, N.A. settled this matter with all of the defendants except Montara Estates Homeowners Association, who has not appeared in this action. The stipulation of dismissal did not address Montara or whether Bank of America intends to pursue its claims against Montara.

IT IS THEREFORE ORDERED that on or before October 31, 2018, plaintiff Bank of America, N.A. shall file a status report regarding the remaining defendant, Montara Estates Homeowners Association. If Bank of America dismisses its claims against Montara, no status report is necessary.

DATED this 16th day of October, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE